Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL KERBS, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL No. 3:21-CV-01069-SB |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ORDER AWARDING FEES PURSUANT TO 42 U.S.C. § 406(b) |
|     Defendant. | ) |

Attorney fees in the amount of $33,725.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. The fees shall be made payable to Plaintiff attorney and mailed to Plaintiff's attorney at the following address: Linerud Law Firm, 1144 Wallace Rd. NW, #212, Salem, OR 97304.

IT IS SO ORDERED.

DATED this 15th day of December, 2022.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
U.S. MAGISTRATE JUDGE

Presented by:

ORDER                                                                 1

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691

ORDER 2